

FILED

2012 JUN 28 PM 4:04

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK NATIONAL ASSOCIATION,<br><br>  Plaintiff,<br><br>  v.<br><br>SHARON KING,<br><br>  Defendant. | No. CV 12-5376 UA (DUTYx)<br><br>ORDER SUMMARILY REMANDING ACTION TO STATE COURT |

The Court will remand this "Verified Complaint for Unlawful Detainer," Case No. 11U03328, to state court summarily because Defendant removed it improperly.

On June 20, 2012, Defendant Sharon King, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice of Removal of that action to this Court and also presented an application to proceed *in forma pauperis*. Defendant has previously attempted to remove this same unlawful detainer proceeding on three separate occasions. On all prior occasions, this Court remanded the action noting that federal jurisdiction does not exist. After the third improper attempt to remove the unlawful detainer proceeding this Court declared Defendant a vexatious litigant.

///
///
///

1  The Court has denied the *in forma pauperis* application under separate cover
2  because the action, again, was not properly removed. To prevent the action from
3  remaining in jurisdictional limbo, the Court issues this Order to remand the action to
4  state court.

5  Simply stated, as the Court has previously determined, Plaintiff could not have
6  brought this action in federal court in the first place, in that Defendant does not
7  competently allege facts supplying either diversity or federal-question jurisdiction, and
8  therefore removal is improper. 28 U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah*
9  *Svcs., Inc.*, 545 U.S. 546, 563, 125 S. Ct. 2611, 162 L. Ed.2d 502 (2005). Even if
10 complete diversity of citizenship existed, the amount in controversy does not exceed the
11 diversity-jurisdiction threshold of $75,000. *See* 28 U.S.C. §§ 1332, 1441(b). On the
12 contrary, the unlawful-detainer complaint recites that the amount in controversy does not
13 exceed $10,000.

14 Nor does Plaintiff's unlawful detainer action raise any federal legal question. *See*
15 28 U.S.C. §§ 1331, 1441(b).

16 Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the
17 Superior Court of California, Los Angeles County, Long Beach Courthouse, 415 West
18 Ocean Blvd., Long Beach, California 90802 for lack of subject matter jurisdiction
19 pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to
20 the state court; and (3) that the Clerk serve copies of this Order on the parties.

21 IT IS SO ORDERED.

23 DATED: 6/26/2012

_____
AUDREY B. COLLINS
Chief United States District Judge

26 Presented by:
27 /S/ FREDERICK F. MUMM
    FREDERICK F. MUMM
28 United States Magistrate Judge